IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 19 PM 5: 13

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| KENNETH JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 04-2587-BP |
| v. ) | |
| ) | |
| McKESSON CORPORATION, and ) | |
| JEFF ADAMS, jointly and severally, ) | |
| ) | |
| Defendants. ) | |

### AGREED ORDER

Counsel for all parties to this litigation have requested a four-day enlargement of time, through June 10, 2005, in which to complete discovery in this case. Counsel for the parties represent that this additional time is needed in order for the parties to schedule depositions. This enlargement of time should not affect the trial date in this matter or any other scheduling deadlines.

Based on the above, and for good cause, the court hereby grants the parties an enlargement of time through and including June 10, 2005, in which to complete discovery.

SO ORDERED this 19th day of May, 2005.

J. DANIEL BREEN
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-02587 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Joree Brownlow
LAW OFFICE OF JOREE G. BROWNLOW
1444 Gillham Dr.
Ste. 200
Bartlett, TN 38134

Honorable J. Breen
US DISTRICT COURT