IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

KENNETH JOHNSON,

    Plaintiff,

v.                            No. 04-2587 B

McKESSON CORPORATION and
JEFF ADAMS, jointly and severally,

    Defendants.

___

ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED

___

Before the Court is the July 6, 2005 motion for summary judgment by the Defendant, McKesson Corporation, against the Plaintiff. According to the Court's docket, no response has been filed on behalf of the Plaintiff, even though the deadline for such a response has expired.[1] Accordingly, the Plaintiffs is hereby directed, within eleven (11) days of the entry hereof, to show cause why the motion referenced herein should not be granted. Failure of the Plaintiff to comply in a timely manner with this order may result in dismissal with prejudice of Plaintiff's claims against Defendant.

IT IS SO ORDERED this 25th day of August 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

___

[1] Under the Local Rules of this district, responses to motions for summary judgment "must be filed within thirty days of service of the motion." LR7.2, Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02587 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Joree Brownlow
LAW OFFICE OF JOREE G. BROWNLOW
1444 Gillham Dr.
Ste. 200
Bartlett, TN 38134

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT