UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ O.C.

05 NOV 22  PM 2: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **KENNETH JOHNSON,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **McKESSON CORPORATION and JEFF ADAMS, jointly and severally,** | **CASE NO: 2:04cv2587-B** |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendants' Motion For Summary Judgment entered on November 21, 2005, this cause is hereby dismissed and judgment is entered in favor of the Defendants, McKesson Corporation and Jeff Adams, and against the Plaintiff, Kenneth Johnson.

APPROVED:

_____
**J. DANIEL BREEN
UNITED STATES DISTRICT COURT**

11/22/05
Date

**THOMAS M. GOULD**
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-22-05

20

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02587 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Joree Brownlow
LAW OFFICE OF JOREE G. BROWNLOW
1444 Gillham Dr.
Ste. 200
Bartlett, TN 38134

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT